# Office of the Clerk

## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320 • Madison, WI 53703
(608) 264-5156 • www.wiwd.uscourts.gov

May 20, 2024

Hussein Khalaf
Dodge County Detention Facility
216 W. Center Street
Juneau, WI 53039

Dear Mr. Khalaf:

This is to acknowledge your submission dated May 15, 2024.

It is unclear what type of relief you are seeking from this court. However, please be advised that the court does not investigate assertions of wrongdoing, but rather the court receives evidence submitted by parties to a dispute and applies the applicable law to resolve the matter. If you wish to seek some form of relief from this court, you will have to present your claims in a formal lawsuit. Enclosed are forms for your use.

JOEL TURNER, Clerk of Court,

By: /s/
Deputy Clerk

Encl.