Hussein Khalaf, A# 220-869-585

**Honorable Judge,**

I hope this letter finds you in a good health and high spirits. My name is Hussein Khalaf, I am writing you from Dodge County Detention Facility in Juneau, Wisconsin State. I am writing you today to petition to you regarding the discrimination, racism, un equal and un ethical treatment I have faced and still facing in ICE (Immigration) detention. I will list the most important violations, because I have been in custody more than one year. I am petitioning to you because I believe ICE and their contractors have been retaliating against me for standing up for my basic human rights, and that is against the federal laws.

I will list the major violations as follows:

1. Chase County (Kansas State): This was my first detention when ICE arrested me in 5/1/2023. And my issues started when I filed a complaint against a Co named (Neil) because he told me while giving me my legal mail "Open it maybe there is a BOMB in it", and he started laughing. I told ICE about that, but what shocked me their ignorance to it saying "It was joke?!". The retaliation and physical threats were unbearable after that from both ICE and Chase County. It ended up by Jerry Gariety (ICE Officer) telling me" You should be grateful we give you food", and by Chase County manager (Larry Sigler) exposing me Asylum case, which supposed to be confidential.

2. On 10/10/2023, I was moved to Kay County in Oklahoma State. The major violation they did towards me was when I refused their facial recognition system in order to get your food tray, and what they did, they took my food away and let me starving for 3 days. And when I pointed to them that is illegal because food is a right and not a privilege so you cannot take it from me, besides I am refusing the system that violates my rights and it was not in the jail handbook. They went ahead and changed the jail handbook after I mentioned that. This shows you a dangerous behavior of dictatorship, the love of power and control is more important that human rights and human lives. I can expect this in Russia, but in United States of America?

3. Dodge County Detention Facility: I was moved here on 2/2/2024. And since the first days I was faced with hostility and discrimination. The major violations were when I was

getting meat many times even though they know I am on a vegetarian diet. When I complained they said I am lying. So, next time I got meat I showed it to the officer and he confirmed, and when I complained again they did not reply to me instead they cut my food portions to almost half and kept giving me cheese as a retaliation because I told them I am allergic to cheese. But the real discrimination was when I applied to work here (since 2/12/2024), I noticed that everyone who came after me worked even some of them worked after two days after being in detention, and some just by asking verbally from the officer who is in charge of jobs. I know the reason because I complained about the food and the unfair treatment, but that is my right as long as I am telling the truth and pointing out to real issues. That's besides denying me the things they do to others (for example one person asked to make copies, the Co did it right away, when I asked right after him, she said you need to send me a request and I charge you 10 cents for a paper?!), and that happened many times (That's why I am not attaching the evidence about my official complaints to DHS and ICE officers who ignored all my issues).

Your honor, I came to The United States of America on 8/25/2013. I am already in debt for this great country. I got to do my higher studies (Masters and PhD in Civil Engineering) here. This country has a huge favor on me by opening my eyes to human rights, equal treatments and freedom of speech. I am petitioning to you today because I believe what ICE and their contractors did and keep doing is part of their scare tactics, which is clearly violates the principles of The United States of America. Those tactics are designed to force you not to report any mistreatment or abuse and ultimately to give up your immigration case and ask for deportation because of the physical and mental abuse that we are facing. That exactly what happened with me when I just asked for a voluntary departure (even though I have won my appeal with BIA), because of the prolonged detention without a resolution to my Asylum case.

Your honor what happened and keeps happening to me, is already happened and keeps happening to hundreds of the immigrants who decide to fight their cases. A lot of them

Hussein Khalaf, A# 220-869-585

don't report or reach out to courts out of fear of retaliation and further abuse (and I have evidence about that).

I am writing you with an earnest plea to consider me petition to stop ICE and their contractors abuse, discrimination and retaliation against immigration detainees who report the mistreatment and discrimination and fight for their lives. I gave up my case even though I know I will be killed in Iraq because I saw that I am going nowhere with it when the Immigration Judge kept rescheduling my courts without a resolution in order to let me give up my case after being detained for one year and fifteen days. My petition is not a matter of personal significance (because my case is over), but also a testament to the equitable system that I personally uphold. I have complete faith that immigrants live and their rights matter to you as well. I have total faith in your fair discernment and judgement regarding this case that will bring justice to people. Than you.

Note: I have all the official complaints with DHS, and my requests to ICE officers about the abuse and death threats that I received. And also the official complaint against the IJ Salinardi to the Judicial Conduct and Professionalism Unit for his unethical treatment. The reason I did not attach them here because I only have a small envelope and I only have one copy of each and don't have enough money to make extra copies. I will provide them whenever its needed. Also, ICE might deport me any time, therefore, I am listing my email address in case you decide to accept my petition and if I am not in this location anymore. My email is : husseinkadhim19888@gmail.com

If I'm still alive when I get deported, I will reply. God Bless.

Sincerely,

*Hussein*

Hussein Khalaf

5/15/2024