Hussein Khalaf
Dodge County Detention Facility
216 W. Center St.
Juneau, WI 53039



SCANNED

United States District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703