IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HUSSEIN KHALAF,

    Plaintiff,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.

    Defendants.

ORDER

Case No. 24-cv-359-jdp

---

Plaintiff Hussein Khalaf has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than June 24, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Hussein Khalaf may have until June 24, 2024 to submit a recent certified trust fund account statement  If plaintiff fails to respond to this order by June 24, 2024, then I will assume that plaintiff wishes to withdraw this action voluntarily. In

that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 31st day of May, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge