Case No. 24-cv-359-jdp

Honorable Andrew Wiseman,

I hope this letter finds you in a good health and high spirits. In this mail I am sending you the requested Inmate account balance from Dodge County Jail (It shows my balance since 2/1/2024 because I was transferred here from Kay County, OK on 2/2/2024).

Also, I wanted to list the following violations which I faced lately in Dodge County:

1. On 5/28/2024 around 7:10 pm a CO opened my cell door while I was using the restroom (I filed a report with ICE, and they did nothing).

2. On 5/29/2024 around (8:45-9) pm, a CO called "Anderson" while searching my cell, I found him reading my legal mail, then he stole some of it. (I filed a report with ICE and they did nothing).

3. On 6/2/2024, I received a threat from the jail Admin. (Smith), because I sent a request asking why they don't answer my grievances!

I am humbly asking you to help me stop ICE and their Contractors abuse. Thank you.

Sincerely,

~~Hussein~~

Hussein Khalaf, A# 220 869 585

6/6/2024

FILED/REC'D 2024 JUN 13 A 11:08
CLERK OF COURT
U.S. DISTRICT COURT
W/D OF WI