DODGE WI DETENTION FACILITY

Transaction Receipt

Name: KHALAF, HUSSEIN KADHIM ABOOD
Number: 1210753
Floor: DCDF
POD: POD C
Cell:
Bed:

Type: MISC - PHOTO COPY
Tran #: 616154
Stamp: 06/06/2024 12:25 PM
Amount: -0.20
Note: 2 PAGES FINANCIAL RECORDS FOR

Current Balance: 3.39
Current Owed: 0.00

*Hussein*
_____
Signature