Hussein Khalaf
Dodge County Detention Facility
216 W. Center St.
Juneau, WI 53039



MILWAUKEE WI 530
11 JUN 2024 PM 5 L

SCANNED

United States District Court
120 North Henry St., Room 320
Madison, WI 53703

53703-255995