IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HUSSEIN KHALAF,

                Plaintiff,

v.                                                                            ORDER

IMMIGRATION AND CUSTOMS ENFORCEMENT         24-cv-359-jdp
and CONTRACTORS,

                Defendants.

---

Plaintiff Hussein Khalaf, proceeding without counsel, alleged that contractors at three immigration detention facilities violated his civil rights in several ways. Dkt. 1. I dismissed Khalaf's complaint for failure to state a claim for which I could grant relief and other pleading problems. Dkt. 11. I gave Khalaf until October 4, 2024, to amend the complaint to fix those problems, and I cautioned him that I would dismiss the case if he failed to comply with that order. On October 3, 2024, the order to amend was returned as undeliverable, and the clerk resent it to an alternative Ohio address that Khalaf had provided. Dkt. 12. As of November 12, 2024, the order hasn't been returned as undeliverable and Khalaf hasn't filed an amended complaint. Nor did Khalaf seek an extension of time to file an amended complaint or otherwise try to explain his failure to comply with my order.

ORDER

IT IS ORDERED that:

1. Plaintiff Hussein Khalaf's complaint, Dkt. 1, DISMISSED with prejudice.

2. The clerk of court is directed to enter judgment, close the case, and send a copy of this order to plaintiff's alternative Ohio address.

Entered November 12, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge